# United States District Court
## For The Western District of North Carolina
## Statesville Division

CHARLES A. RIPPY, JR.,

    Petitioner,

vs.

RICKY ANDERSON,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NO. 5:07CV125-2-MU

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 4, 2007, Order.

    Signed: December 4, 2007

Frank G. Johns, Clerk
United States District Court